UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fatemeh SHOKRAEIYAN,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER, et al.,<br><br>　　　　　　　　　Respondents. | Case No.:  26-cv-2130-AGS-BLM<br><br>**ORDER DENYING RECONSIDERATION (ECF 8)** |

Petitioner seeks "reconsideration" of an immigration judge's bond ruling. But such a motion must be made to the immigration judge who issued the ruling, not brought here in federal court. So, the motion fails.

A few months ago, this Court ordered that self-represented petitioner Fatemeh Shokraeiyan receive a bond hearing before an immigration judge, which apparently later took place. (*See* ECF 6.) According to Shokraeiyan, the immigration judge allegedly denied bond "primarily based on concerns regarding the sponsor documentation." (ECF 8, at 1.) She claims she has "additional documentation" about that issue, and she seeks reconsideration of the decision. (*See id.*) The problem is that such reconsideration applications must be made in immigration court. *See* 8 C.F.R. § 1003.19(e) (allowing immigration detainees to seek a "bond redetermination" by submitting the request to the immigration court "in writing" with "a showing" that "circumstances have changed materially since the prior" bond decision).

Thus, her request to reconsider is **DENIED**.

Dated:  July 10, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2130-AGS-BLM